**Rita GRAHAM, Appellant,**

v.

**Anthony J. PRINCIPI,\* Secretary of Veterans Affairs; Veterans Administration, Appellees.**

**No. 00–2237.**

United States Court of Appeals, Eighth Circuit.

Submitted May 4, 2001.

Decided May 10, 2001.

Before MORRIS SHEPPARD ARNOLD, RICHARD S. ARNOLD, and FAGG, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Rita Graham appeals the district court's adverse grant of judgment as a matter of law in Graham's employment discrimination lawsuit. Having reviewed the parties' briefs, the pretrial record, and a transcript of the district court's ruling—the only transcript furnished on appeal—we find no grounds for reversal of the challenged ruling on Graham's claims of race discrimination and retaliation. *See* Fed. R.App. P. 10(b)(2) (appellant has duty to order transcript); *Schmid v. United Bhd. of Carpenters and Joiners,* 827 F.2d 384, 386 (8th Cir.1987) (per curiam) (appellant's failure to provide complete transcript makes it impossible to review evidence presented at trial), *cert. denied,* 484 U.S. 1071, 108 S.Ct. 1041, 98 L.Ed.2d 1004 (1988). We thus affirm the judgment of the district court. *See* 8th Cir. R. 47B.

---

\* Anthony J. Principi has been appointed to serve as Secretary of Veterans Affairs and is substituted as appellee under Federal Rule of Appellate Procedure 43(c)(2).